Eastern District of Kentucky
FILED
SEP 26 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:24-cr-066-REW

JIMMY BARRETT and
DANIEL CRABTREE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about May 21, 2024, in Whitley County, in the Eastern District of Kentucky,

**JIMMY BARRETT**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant Jimmy Barrett committed the offense charged in this count, he was previously convicted under federal law of the following serious drug felony offense: 2015 Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine pursuant to 21 U.S.C. § 846 – for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about May 21, 2024, in Whitley County, in the Eastern District of Kentucky,

## DANIEL CRABTREE

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about September 13, 2024, in Laurel County, in the Eastern District of Kentucky,

## JIMMY BARRETT

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant Jimmy Barrett committed the offense charged in this count, he was previously convicted under federal law of the following serious drug felony offense: 2015 Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine pursuant to 21 U.S.C. § 846 – for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 4
## 18 U.S.C. § 922(g)(1)

On or about September 17, 2024, in Whitley County, in the Eastern District of Kentucky,

**JIMMY BARRETT,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Mossberg, model 590, 12-gauge shotgun, serial number V0996390, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, and 3 of the Indictment, **JIMMY BARRETT and DANIEL CRABTREE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of the violation(s) of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation(s) of 21 U.S.C. § 841. Any and all interest that **JIMMY BARRETT and DANIEL CRABTREE** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offense alleged in Count 4 of the Indictment, **JIMMY BARRETT** shall forfeit to the United States any and all

firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. §§ 922. Any and all interest that **JIMMY BARRETT** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNTION:**
a Mossberg, model 590, 12-gauge shotgun, serial number V0996390, seized from Jimmy Barrett on or about September 17, 2024.

A TRUE BILL

███████████████

FOREPERSON

_/s/ Carlton S. Shier_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-3:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG FELONY OR SERIOUS VIOLENT FELONY OFFENSE:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

### COUNT 4:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Forfeiture of listed assets.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.